UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NGUYEN HULL SON, | No. 5:25-cv-02107-SVW-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| PAM BONDI, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Action as Moot, IT IS ADJUDGED that the Petition is denied, and the action is dismissed without prejudice.

Dated: December 8, 2025

_____
STEPHEN V. WILSON
United States District Judge